363 A.2d 1127
**TYLER MOUNTAIN HUNT CLUB, INC.,**
**Appellant,**

v.

**John W. SALLSGIVER.**

Supreme Court of Pennsylvania.

Argued Nov. 18, 1975.

Decided Oct. 8, 1976.

Richard H. Roesgen, Williamsport, Frank L. Tamulonis, Jr., Dale A. Betty, Media, for appellant.

Charles M. Kschinka, Laporte, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs on appellant.

JONES, C. J., did not participate in the consideration or decision of this case.